DISMISS; Opinion issued October 30, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00251-CV

RHONDA FULLER, Appellant

V.

KEVIN FULLER, Appellee

On Appeal from the 86TH Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 78500-86

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers
Opinion By Chief Justice Wright

The filing fee in this case is past due. By letter dated February 24, 2012, we notified appellant the $175 filing fee was due. We directed appellant to file the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. By order dated July 30, 2012, we again ordered appellant to file the $175 filing fee within ten days of the date of the order, and cautioned appellant that failure to do so would result in dismissal of her appeal. Todate, appellant has not paid the filing fee as ordered nor otherwise corresponded with the Court regarding the status of her filing fee.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b)(c).

CAROLYN WRIGHT
CHIEF JUSTICE

120251F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

RHONDA FULLER, Appellant

No. 05-12-00251-CV     V.

KEVIN FULLER, Appellee

Appeal from the 86th Judicial District Court of Kaufman County, Texas. (Tr.Ct.No. 78500-86).
Opinion delivered by Chief Justice Wright, Justices Francis and Lang-Miers participating.


In accordance with this Court's opinion of this date, this appeal is **DISMISSED**. It is **ORDERED** that appellee Kevin Fuller recover his costs of this appeal from appellant Rhonda Fuller.


Judgment entered October 30, 2012.



_____
CAROLYN WRIGHT
CHIEF JUSTICE